# EXHIBIT A

# CIRCUIT COURT FOR THE 20TH JUDICIAL CIRCUIT

State of Illinois ) S.S.
County of St. Clair )

Case Number 14L516

Amount Claimed _____

| TERRY CARRICO | LABCORP DCL LABS |
|---|---|
| | VS |
| Plaintiff(s) | Defendant(s) |

Classification Prefix _____ Code _____ Nature of Action _____ Code _____

Pltf. Atty. Grey Chatham Jr. _____ Code _____
Address 4010 North Illinois Street
City Swansea, Illinois 62226 ____ Phone 233-2200
Add. Pltf. Atty. _____ Code _____

**SUMMONS COPY**

To the above named defendant(s).......:

TO THE SHERIFF: SERVE THIS DEFENDANT AT:
NAME LABCORP DCL LABS
ADDRESS ~~4017 Route 159~~ 180 S. Third St
CITY & STATE ~~Smithton~~ Belleville, Illinois ~~62285~~ 62220

☐ A. You are hereby summoned and required to appear before this court at
(court location) _____ at _____ M. On _____ 20___
to answer the complaint in this case, a copy of which is hereto attached. If you fail to do so, a judgment by default may be taken against you for the relief asked in the complaint.

☒ B. You are summoned and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, in the office of the clerk of this court within 30 days after service of this summons, exclusive of the day of service. If you fail to do so, judgment of decree by default may be taken against you for the relief prayed in the complaint.

TO THE OFFICER:
This summons must be returned by the officer or other person to whom it was given for service, with indorsement thereon of service and fees if any, immediately after service. In the event that paragraph A of this summons is applicable this summons may not be served less than three days before the day of appearance. If service cannot be made, this summons shall be returned so indorsed.

This summons may not be served later than 30 days after its date.

WITNESS, _____ 6/23 20 14
Kahalah (signature)
Clerk of Court

SEAL

BY DEPUTY: _____

DATE OF SERVICE: 6/26 20 14
(To be inserted by officer on copy left with defendant or other person)

IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT
ST. CLAIR COUNTY, ILLINOIS

| | |
|---|---|
| TERRY CARRICO, | ) |
| Plaintiff, | ) ) |
| vs. | ) CASE NUMBER: 14LS16 |
| LABCORP DCL LABS, | ) ) |
| Defendants. | ) ) |

FILED ST. CLAIR COUNTY JUN 23 2014 CIRCUIT CLERK

**COMPLAINT**

**COUNT I - LABCORP DCL LABS**

Comes now the plaintiff, **TERRY CARRICO**, by and through his attorney, **GREY CHATHAM JR**, and for his Complaint against the defendant, **LABCORP DCL LABS**, states:

1. That at all times mentioned herein the plaintiff, Terry Carrico, was a resident of the city of Millstadt, County of St. Clair, and State of Illinois.

2. That at all times mentioned herein, the defendant, LABCORP DCL LABS, was an entity doing business as a facility that withdraws, collects, and performed services of blood from individuals, and is located in the City of Smithton, County of St. Clair, and State of Illinois.

3. That on or about said time and place, the plaintiff was an invitee of the defendant, and had his

blood withdrawn at the defendant's facility, in the City of Collinsville, County of St. Clair, and State of Illinois.

4. That on or about said time or place, the defendant committed one or more of the following negligent acts or omissions:

    a. Negligently and carelessly failed to attend the plaintiff after his blood was drawn.

    b. Negligently and carelessly failed to supervise the plaintiff after his blood was drawn.

    c. Negligently and carelessly failed to provide the plaintiff with proper care and attention after his blood was drawn.

    d. As a direct and approximate result of the aforementioned negligent acts or omissions, the plaintiff after his blood was drawn stood up and was caused to be dizzy whereby he fell, struck his head, and was caused to sustain severe and pertinent disabling injuries.

5. That as a direct and approximate result of one or more of the foregoing negligent acts or omissions, the plaintiff stood up after having blood drawn and was caused to be dizzy whereby he fell, struck his head, and was caused to sustain severe and permanently disabling injuries, more specifically to wit: that the plaintiff sustained damage to the body as a whole, amongst other bodily injuries. He has suffered and will continue to suffer great pain and mental anguish, has been disabled both physically and emotionally and will continue to be disabled for the remainder of his

life. He has incurred the expenditure of large sums for treatment of said injuries and will be required to expend large sums for future treatment, he has lost and will lose wages and profits she otherwise would have acquired.

WHEREFORE, the plaintiff prays judgment against the defendant, **LABCORP DCL LABS**, for such sum in excess of $50,000.00 as will fairly compensate him and for cost of suit.

Greg Chatham Jr. 6312518
Chatham & Baricevic
4010 N. Illinois Street
Swansea Il, 62226
618.233.2200

IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT
ST. CLAIR COUNTY, ILLINOIS

| | |
|---|---|
| TERRY CARRICO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) 14L516 |
| vs. | ) CASE NUMBER: |
| | ) |
| THE LAB, LITHOLINK CORP. | ) |
| | ) |
| | ) |
| Defendants. | ) |

FILED
ST. CLAIR COUNTY
JUN 2 3 2014
CIRCUIT CLERK

SUPREME COURT RULE 222(b) AFFIDAVIT

STATE OF ILLINOIS  )
                   ) SS
COUNTY OF ST. CLAIR )

Comes now the plaintiff, TERRY CARRICO, by and through his attorneys, **Chatham and Baricevic**, and pursuant to Supreme Court Rule 222(b) Affidavit, states that the damages sought by plaintiff exceeds $50,000.00.

_____
Grey Chatham Jr. 6312518
Chatham & Baricevic
4010 N. Illinois Street
Swansea Il, 62226
618.233.2200

Subscribed and sworn to before me, a Notary Public, this 23rd day of June, 2014.

CLAIRE CHATHAM
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
June 29, 2018

_____
NOTARY PUBLIC