## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

TERRY CARRICO                    )
                                 )
    Plaintiff,                   )
                                 )
vs.                              )   CIVIL NO. 14-cv-00817-MJR-SCW
                                 )
LABCORP DCL LABS,                )
                                 )
    Defendant.                   )

## MOTION TO DISMISS

Comes now the Plaintiffs, by and through his attorney Grey Chatham Jr. and for their Motion to Dismiss states as follows:

1. That parties entered into litigation on June 23, 2014.

2. That after parties entered into litigation negotiations to settle the case begin to intensify.

3. That the above styled case is settled.

4. That further prosecution of this cause is no longer necessary.

5. Plaintiffs are entitled to voluntarily dismiss their cause pursuant to 735 ILCS 5/2-1009.

WHEREFORE, plaintiff humbly requests that this cause be dismissed pursuant to its statutory right.

By: _____

GREY CHATHAM JR. 6312518
Chatham and Baricevic
Attorneys at Law
107 West Main Street
Belleville, Illinois 62220
PHONE: 618-233-2200
FAX: 618-233-1589
greyjr@chathamlaw.com

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of this instrument was electronically filed with the Court's ECF filing system and mailed, postage prepaid on this 11th day of September, 2015, to:

**James V. O'Brien**
**Jayme E. Major**
Lewis, Rice et al. - St. Louis, MO
600 Washington Avenue
Suite 2500
St. Louis, MO 63101
314-444-7600
314-444-1399
Fax: 314-612-1399
Email: jmajor@lewisrice.com
Email: jobrien@lewisrice.com

By:_____
    GREY CHATHAM JR. 6312518
    Chatham and Baricevic
    Attorneys at Law
    107 West Main Street
    Belleville, Illinois 62220
    PHONE:  618-233-2200
    FAX:  618-233-1589
    greyjr@chathamlaw.org