# United States District Court
## for the
## Southern District of Illinois

Terry Carrico,                          )
                                        )
                                        )
          Plaintiff,                    )          Case Number: 14-cv-00817-MJR-SCW
                                        )
             v.                         )
                                        )
Labcorp DCL Labs,                       )
                                        )
                                        )
          Defendants.                   )

### JUDGMENT IN A CIVIL ACTION

Pursuant to the Order dated September 11, 2015, granting Motion to Dismiss (CONSTRUED as a motion under Rule 41(a)(2)),this action was DISMISSED without prejudice.

Dated: September 14, 2015

Justine Flanagan, Acting Clerk of Court
s/ Debbie DeRousse
Deputy Clerk

Approved: _____
Michael J. Reagan, U.S. District Judge